TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00424-CV

D'Ann Ward, Appellant

v.

Richard George Therriault and The City of Temple, Appellees

FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT

NO. 161,233-B, HONORABLE RICK MORRIS, JUDGE PRESIDING 

PER CURIAM

 On April 11, 2000, this Court overruled D'Ann Ward's motion to vacate the trial
court's order that ruled Ward could proceed with an appeal only if she paid for preparation of the
clerk's record and the reporter's record. On May 19, 2000, this Court overruled Ward's motion
for rehearing regarding the April 11 order. Also on May 19, this Court ordered that Ward must
make arrangements to pay the Bell County District Clerk and the court reporter for preparation
of any necessary portions of the record by June 2, 2000 or her appeal would be dismissed. On
June 7, 2000, the Bell County District Clerk and the court reporter informed this Court that Ward
had not arranged to pay for any portions of the records. 

 We overrule Ward's motion to extend time to file her brief. We dismiss the appeal
for want of prosecution as Ward has failed to make arrangements to pay for preparation of the
clerk's and reporter's records. See Tex. R. App. P. 42.2(c). 

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed For Want of Prosecution

Filed: June 15, 2000

Do Not Publish